1   L. Bishop Austin, Esq.
    L. BISHOP AUSTIN & ASSOCIATES
2   3250 Wilshire Blvd., Ste 1500
    Los Angeles, CA 90010
3   Tel: (213)388-4939  Fax (213)388-2411
    Email: lbishopbk@yahoo.com
4   Attorney for Debtor(s)

5

6                          UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

8   In Re:                                    | **CASE NO. 6:10-BK-31751-CB**

9                                             | **Chapter 13**

10  NORBERTO GONZALEZ GONZALEZ AND            | **OBJECTION TO THE PROOF OF**
    ANA MIRELLA ORTEGA DE GONZALEZ            | **CLAIM #1  OF MTC GROUP INC,**
11                                            | **COLLECTION AGENT FOR PACIFIC**
                                              | **COMMUNITY CREDIT UNION,**
12                                            | **DEBTOR'S DECLARATION IN**
13                         Debtor(s)          | **SUPPORT**

14                                            DATE:  08-26-2010
                                              TIME:  1:30 PM
15                                            CTRM:  303

16

17
            NORBERTO GONZALEZ GONZALEZ and ANA MARIA MIRELLA ORTEGA DE
18
    GONZALEZ (the "Debtor") herein object to the claim of MTC GROUP INC, COLLECTION
19
    AGENT FOR PACIFIC COMMUNITY CREDIT UNION.  (last 4 digits of loan: 2742) filed in
20
    Court as claim # 1, in the amount of $32,706.34 on the grounds that:
21
            1.      This is a duplicate claim, the original creditor Pacific Community Credit
22
                    Union already filed a proof of claim # 2, filed in Court on 08//02/2010 for the
23
                    same amount of the debt. See Exhibit "A" proof of claim # 1, and Exhibit "B"
24
                    proof of claim # 2.
25
            This objection is based on this objection, the attached declaration and evidence in support
26
    of this objection, the record and pleading on file in this case, and such other evidence as may be
27
    presented at the hearing on this motion.
28

    Objection to Proof of Claim                         1

1    WHEREFORE, the debtor prays that this Court enter and order whereby this Court finds

2    that notice of this objection was adequate and orders the creditor not be allowed to the extent as

3    set forth in the debtor's declaration and supporting exhibits.

4
Date: August 11, 2010                    L. BISHOP AUSTIN & ASSOCIATES

5

6    _____

7    L. Bishop Austin
Attorney for Debtor(s)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

**DECLARATION OF DEBTOR IN SUPPORT TO OBJECTION TO PROOF OF CLAIM #1  OF MTC GROUP INC, COLLECTION AGENT FOR PACIFIC COMMUNITY CREDIT UNION**

4

5          I Norberto Gonzalez Gonzalez and Ana Mirella Ortega de Gonzalez (the

6  "Debtor") herein object to the claim of MTC GROUP INC, COLLECTION AGENT FOR

7  PACIFIC COMMUNITY CREDIT UNION.  (last 4 digits of loan: 2742) filed in Court as claim

8  # 1, in the amount of $32,706.34 on the grounds that:

9          1.-      This is a duplicate claim, the original creditor Pacific Community Credit Union

10              already filed a proof of claim # 2, filed in Court on 08//02/2010 for the same amount of

11              the debt. See Exhibit "A" proof of claim # 1, and Exhibit "B" proof of claim # 2.

12  I declare under penalty of perjury that the foregoing is true and correct and that if called to testify

13  I would and could do so competently. This declaration was executed on August 11, 2010 at Los

14  Angeles, California.

15

16                                                      _____
                                                       Norberto Gonzalez Gonzalez

17

18                                                      _____
                                                       Ana Mirella Ortega de Gonzalez

19

20

21

22

23

24

25

26

27

28

Objection to Proof of Claim                          3

## PROOF OF SERVICE  BY MAIL

I <u>Moises Lopez,</u>  declare that:

I am employed in the County of Los Angeles, California. My business address is: 3250 Wilshire Blvd., Ste #1500, Los Angeles, California 90010.  I am over the age of eighteen years and not a party to this cause.

On August 11, 2010 I served the **OBJECTION TO THE PROOF OF CLAIM #1  OF MTC GROUP INC, COLLECTION AGENT FOR PACIFIC COMMUNITY CREDIT UNION, DEBTOR'S DECLARATION IN SUPPORT** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

MCT Group Inc.
Attn.: President or General Director
PO BOX 7748
Torrance, CA 90504

MCT Group Inc.
Agent for service of process
Robert L. Susnow
498 S. Spalding Dr
Beverly Hills, CA 90212

Pacific Community Credit Union
401 E. Imperial Hwy
29963-L74
Fullerton, CA 92835

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  August 11, 2010  at  Los Angeles, California.

Moises Lopez

Objection to Proof of Claim                          4