| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 6:10-bk-31751-CB |
|---|---|
| In re<br><br>Norberto Gonzalez Gonzalez<br>Ana Mirella Ortega De Gonzalez<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Norberto Gonzalez Gonzalez & Ana Mirella Ortega De Gonzalez *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **7/13/2010**.

2. I am the owner of real property[1] at the following street address:

    **7470 Ginger Drive**

    **Fontana, CA 92336** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **IndyMac Mortgage Services**.

    b. Second deed of trust in favor of **Pacific Community Credit Union (Lam Motion)** *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

| In re<br>Norberto Gonzalez Gonzalez<br>Ana Mirella Ortega De Gonzalez<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 6:10-bk-31751-CB |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| IndyMac Mortgage Services<br>P.O. BOX 78826<br>Phoenix, AZ 85062-8826 | $1,412.00 | 1-15th August 2010 | 08/11/2010 |
| Creditor | | | |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Declaration Regarding Preconfirmation Deposit of First Payments — F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| Norberto Gonzalez Gonzalez<br>Ana Mirella Ortega De Gonzalez<br>Debtor(s). | CASE NUMBER 6:10-bk-31751-CB |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date August 19, 2010        Signature  _Norberto Gonzalez Gonzalez_
                                        Debtor

Date August 19, 2010        Signature  _Ana Mirella Ortega De Gonzalez_
                                        Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In Re:<br><br>Norberto Gonzalez Gonzalez & Ana Mirella Ortega De Gonzalez<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 6:10-bk-31751-CB<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Norberto Gonzalez Gonzalez & Ana Mirella Ortega De Gonzalez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 9, 2010 I purchased and sent the mortgage payment $1,412.00 to my lender IndyMac Mortgage Service, to the following address:  P.O. BOX 78826, Phoenix, AZ 85062-8826. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 23, 2010

_____
Debtor

_____
Joint Debtor

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name) RANDALL SIMS
C. Date of Delivery AUG 11 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Indymac Mortgage Serv
P.O. Box 78826
Phoenix Az. 85062-8826

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7008 2810 0002 3509 7558

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**OFFICIAL CHECK**

**citibank**
Citibank, N.A.

SERVICE INSTRUCTIONS
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

DATE

PAY

TO
THE
ORDER
OF

NAME OF REMITTER
ADDRESS
Citibank, N.A. One Penn's Way
New Castle, DE 19720

**NON NEGOTIABLE**

FOR YOUR PROTECTION SAVE THIS COPY

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

U:10-bk-31751-CB

#111
$1,412.00
Aug, 2010

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

PHOENIX AZ 85062

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

Sent To: Indymac Mortgage Serv
Street, Apt. No.; or PO Box No.: P.O. Box 78826
City, State, ZIP+4: Phoenix Az. 85062-8826

7008 2810 0002 3509 7558

PS Form 3800, August 2006    See Reverse for Instructions